IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SYLVESTER CAMPBELL,<br><br>Defendant. | 8:24CR65<br><br>ORDER |

    On July 17, 2025 the court held a hearing on the motion of Attorney Brent M. Bloom to withdraw as counsel for the defendant, Sylvester Campbell. (Filing No. 72). Brent M. Bloom represented that the Defendant had directed him to file a Motion to Withdraw. After inquiry of the Defendant and his counsel the court granted Brent M. Bloom's motion to withdraw (Filing No. 72) for reasons noted on the record.

    Renee L. Mathias, 1001 Farnam Street, Suite 300, Omaha, NE 68102, (402) 341-0700, is appointed to represent Sylvester Campbell for the balance of these proceedings pursuant to the Criminal Justice Act. Brent M. Bloom shall forthwith provide Renee L. Mathias with the discovery materials provided the defendant by the government and such other materials obtained by Brent M. Bloom which are material to Sylvester Campbell's defense.

    The clerk shall provide a copy of this order to Renee L. Mathias and the defendant.

    Dated this 18th day of July, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge