IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SYLVESTER CAMPBELL,

Defendant.

8:24-CR-65

ORDER TO SHOW CAUSE

On April 9, 2026, the Court entered its Final Trial Order in this case as to defendant Sylvester Campbell. Filing 111. The Final Trial Order required counsel for the Government to file a trial brief, witness list, exhibit list, and proposed jury instructions and verdict forms at least seven (7) days before the jury trial set for April 20, 2026. Filing 111 at 1–2. The Final Trial Order also required counsel for the Government to email a copy of its proposed jury instructions, verdict forms, witness list, and exhibit list as attachments in Word format to the Court's chambers email address. Filing 111 at 2. Counsel for the Government has ignored this Court's order and has failed to submit the required filings by the deadline, which was April 13, 2026. The Assistant United States Attorneys in this district have been aware for years that the undersigned judge makes no exceptions to the Government's required filings based on contentions that a defendant is expected to plead guilty. The plea must be done or the Government must submit documents for all defendants who have not pleaded guilty as of the date the documents are due. The Court also notes that the parties have received correspondence from the Courtroom Deputy noting the need to get any plea done. That correspondence seems to have been ignored or minimized.

1

The Court will order counsel for the Government to show cause why she failed to comply with the Final Trial Order. Counsel must show cause in a document filed on the docket by 5:00 p.m. today, April 14, 2026. Failure to show cause may result in sanctions against counsel for the Government. Defendant Campbell will go to trial on April 20, 2026, as scheduled, subject to the Court's trial schedule. If the defendant wishes to change his plea to guilty, he must do so before the undersigned judge by 5:00 p.m. on Thursday, April 16, 2026, or the defendant will not be eligible for the third level of acceptance of responsibility under the United States Sentencing Guidelines. Given the lateness of a guilty plea, the undersigned judge will take any guilty plea.

Dated this 14th day of April, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge